**BETSY R. SHEPHERD**, ATTORNEY AT LAW — OSB # 172670
betsy.r.shepherd@gmail.com
Betsy R. Shepherd
425 Riverwalk Manor Dr.
Dallas, GA 30132
Voice: (505) 480-5630
Fax: (678) 550-9072
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FRANCIS HARKINS**,                                    3:24-cv-01426-YY

    Plaintiff,

       ORDER - EQUAL ACCESS
       TO JUSTICE ACT AWARD
       OF FEES

vs.

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $5,364.19, are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment for this award shall be made via check sent to Betsy R. Shepherd's address: 425 Riverwalk Manor Drive, Dallas, GA 30132. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Betsy R. Shepherd's name if no debt subject to offset exists.

DATED this 9th day of September, 2025.

                         /s/ Youlee Yim You
                        United States Magistrate Judge

Submitted this day, September 9, 2025,
s/ Betsy R. Shepherd
BETSY R. SHEPHERD, OSB # 172670
Voice: (505) 480-5630
Fax: (678) 550-9072
Attorney for Plaintiff

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES - 2